```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                   CASE NO. 06 B 03613
       BONNIE P DALY
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

              Debtor
       SSN XXX-XX-1179
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/05/06 and confirmed on 06/02/06.

    2.  The case was converted to Chapter 7 after confirmation, 11/12/2008.

    3.  The Debtor paid a total of $ 34000.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 14757.66 | 1124.05 | 14148.40 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 610.62 | .00 | 227.06 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8840.45 | .00 | 3287.70 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1747.60 | .00 | 649.92 |
| MARSHALL FIELD | UNSECURED | 839.33 | .00 | 312.13 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13035.11 | .00 | 4847.67 |
| NORDSTROM FSB | UNSECURED | 4839.59 | .00 | 1799.81 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| SSA/OFFICE | UNSECURED | NOT FILED | .00 | .00 |
| VISA DSNB | UNSECURED | NOT FILED | .00 | .00 |
| BLOOMINGDALES | UNSECURED | 7981.17 | .00 | 2968.14 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14757.66 | .00 | 37893.87 | .00 | 52651.53 |
| PRINCIPAL PAID | 14148.40 | .00 | 14092.43 | .00 | 28240.83 |
| INTEREST PAID | 1124.05 | .00 | .00 | .00 | 1124.05 |
| TOTAL PAID | 15272.45 | .00 | 14092.43 | .00 | 29364.88 |

The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3000.00
and was paid $    461.00  direct and $   2539.00  through the plan.

The Trustee received $   1596.12 .

Refunds to the Debtor totaled $     500.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/12/09                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```